**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

MIKE MAKURAZA

        v.                                            Civil No. 26-cv-122-JL-AJ

SUPERINTENDENT, STRAFFORD COUNTY
       DEPARTMENT OF CORRECTIONS;
DIRECTOR, BOSTON FIELD OFFICE,
       UNITED STATES IMMIGRATION
       AND CUSTOMS ENFORCEMENT; ET AL.[1]

**O R D E R**

Petitioner, a civil immigration detainee from Burundi, filed this Petition for a writ of

habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), challenging his detention at the Strafford

County Department of Corrections ("SCDC") in United States Immigration and Customs

Enforcement ("ICE") custody.  The Petition is before this court to determine whether the claims

asserted are not facially invalid and may proceed.  See 28 U.S.C. § 2243; Rules 1(b) & 4 of the

Rules Governing Section 2254 Cases; LR 4.3(d)(4).

Petitioner entered the United States on an F1 Student Visa on August 23, 2016.  Within

six months of his arrival in the United States, on February 7, 2017, Petitioner filed an affirmative

application for asylum.  Petitioner married a United States citizen on March 23, 2023, and is the

beneficiary of a Form I-130 Petition for Alien Relative his spouse filed on December 5, 2025.

Petitioner asserts that ICE arrested him on February 14, 2026, on the sole basis that he

overstayed his student visa.  ICE placed Petitioner into removal proceedings on February 18,

2026.  He is scheduled for a Master hearing in Immigration Court in Chelmsford, Massachusetts

on March 10, 2026.

---

[1] The Petition names additional federal officers in their official capacities as respondents.

Petitioner challenges his ICE detention as unlawful under the Fifth Amendment Due Process Clause and the Immigration and Naturalization Act.

Petitioner's claims warrant service.  The clerk's office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov,  and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov.

- Send copies of the same documents by certified mail to:

    o **Director**, Boston Field Office, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803; and

    o **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530. [2]

The Federal Respondents are directed to file an answer or dispositive motion in response to the Petition (Doc. No. 1) within seven days of the date of this Order.  If any Respondent files a dispositive motion in lieu of an answer, that Respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion.  No more than fourteen days after the answer is filed, Respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him.  The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

---

[2] The court declines to serve any of the remaining Respondents at this time.

Any party may request a status conference at any time, including before service on Respondents is complete.

Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction.  Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why the move should not be stayed pending further court proceedings.  Notice of Petitioner's release from custody may be provided after the fact.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

February 20, 2026

cc:    Alexandra Jackson, Esq.